FILED: May 27, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-4085
(8:17-cr-00195-TDC-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

KYLE STEPHEN THOMPSON

    Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Motz, Judge Diaz, and Judge Harris.

For the Court

/s/ Patricia S. Connor, Clerk